1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

FILED
AUG 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0227 TLN |
|---|---|
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 5324(a)(3) – Structuring (2 Counts) |
| v. | |
| HIEN NGUYEN, AND ANH NGUYEN, | |
| Defendants. | |

INFORMATION

COUNT ONE: [31 U.S.C. § 5324(a)(3) – Structuring]

The United States Attorney charges: T H A T

HIEN NGUYEN, and
ANH NGUYEN,

defendants herein, doing business as Imperial Kitchenware and A & H Kitchenware, on the dates set forth below, in the State and Eastern District of California and elsewhere, knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure or attempt to structure, under Section 5313(a) of Title 31 of the United States Code and the regulations promulgated thereunder, to prevent or attempt to prevent a domestic financial institution, to wit: Bank of America, located in the State and Eastern District of California, from filing Currency Transaction Reports on the following transactions:

| Date | Cash Deposit into Bank of America Account held in the name of Ahn Nguyen dba A & H Kitchenware (acct. no. XXXXX0167) | Cash Deposit into Bank of America Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXX6362) | Location of Deposit |
|---|---|---|---|
| 2/13/2012 | 9,850.00 | | Sacramento, CA |
| 2/15/2012 | 9,900.00 | | Sacramento, CA |
| 2/22/2012 | | 8,450.00 | Sacramento, CA |
| 2/22/2012 | 9,900.00 | | Sacramento, CA |
| 2/27/2012 | 9,390.00 | | Sacramento, CA |
| 2/27/2012 | | 3,000.00 | Sacramento, CA |
| 2/29/2012 | 8,550.00 | | Sacramento, CA |
| 3/5/2012 | | 3,350.00 | Sacramento, CA |
| 3/5/2012 | 9,940.00 | | Sacramento, CA |
| 3/7/2012 | 9,800.00 | | Sacramento, CA |
| 3/7/2012 | | 2,200.00 | Sacramento, CA |
| 3/12/2012 | 8,150.00 | | Sacramento, CA |
| 3/13/2012 | 3,200.00 | | Sacramento, CA |
| 3/21/2012 | 9,900.00 | | Sacramento, CA |
| 4/4/2012 | 8,000.00 | | Sacramento, CA |
| 4/4/2012 | | 1,350.00 | Sacramento, CA |
| 4/9/2012 | 9,900.00 | | Sacramento, CA |
| 5/2/2012 | 9,325.00 | | Sacramento, CA |
| 5/7/2012 | 9,300.00 | | Sacramento, CA |
| 5/7/2012 | | 2,000.00 | Sacramento, CA |
| 5/9/2012 | 8,050.00 | | Sacramento, CA |
| 5/14/2012 | 9,000.00 | | Sacramento, CA |

| Date | Cash Deposit into Bank of America Account held in the name of Ahn Nguyen dba A & H Kitchenware (acct. no. XXXXX0167) | Cash Deposit into Bank of America Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXX6362) | Location of Deposit |
|---|---|---|---|
| 5/15/2012 |  | 2,150.00 | Sacramento, CA |
| 5/16/2012 | 6,200.00 |  | Sacramento, CA |
| 5/23/2012 | 8,400.00 |  | Sacramento, CA |
| 5/30/2012 | 9,875.00 |  | Sacramento, CA |
| 5/30/2012 |  | 9,000.00 | Sacramento, CA |
| 6/4/2012 | 8,971.00 |  | Sacramento, CA |
| 6/11/2012 | 8,550.00 |  | Sacramento, CA |
| 6/19/2012 | 5,600.00 |  | Sacramento, CA |
| 6/20/2012 | 6,250.00 |  | Sacramento, CA |
| 6/25/2012 | 9,950.00 |  | Sacramento, CA |
| 7/5/2012 | 9,760.00 |  | Sacramento, CA |
| 7/9/2012 | 8,196.00 |  | Sacramento, CA |
| 8/6/2012 | 9,370.00 |  | Sacramento, CA |
| 8/8/2012 | 9,700.00 |  | Sacramento, CA |
| 9/5/2012 | 9,910.00 |  | Sacramento, CA |
| 9/10/2012 | 9,500.00 |  | Sacramento, CA |
| 9/12/2012 | 8,000.00 |  | Sacramento, CA |
| 9/17/2012 | 9,785.00 |  | Sacramento, CA |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Chapter X, Part 1010.

///

///

1  COUNT TWO: [31 U.S.C. § 5324(a)(3) – Structuring]

2  The United States Attorney charges: T H A T

3
4  HIEN NGUYEN, and
   ANH NGUYEN,

5  defendants herein, doing business as Imperial Kitchenware and A & H Kitchenware, on the dates set
6  forth below, in the State and Eastern District of California and elsewhere, knowingly and for the
7  purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and
8  the regulations promulgated thereunder, did structure or attempt to structure, under Section 5313(a) of
9  Title 31 of the United States Code and the regulations promulgated thereunder, to prevent or attempt
10 to prevent a domestic financial institution, to wit: U.S. Bank, located in the State and Eastern District
11 of California, from filing Currency Transaction Reports on the following transactions:

| Date | Cash Deposit into U.S. Bank Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXXXXX2478) | Cash Deposit into U.S. Bank Account held in the name of Hien Nguyen dba Imperial Kitchenware (acct. no. XXXXXXXX5530) | Location of Deposit |
|---|---|---|---|
| 10/15/2012 | 8,050.00 | | Sacramento, CA |
| 10/18/2012 | 8,590.00 | | Sacramento, CA |
| 10/31/2012 | 9,200.00 | | Sacramento, CA |
| 11/5/2012 | 9,300.00 | | Sacramento, CA |
| 11/7/2012 | 9,900.00 | | Sacramento, CA |
| 11/14/2012 | 9,300.00 | | Sacramento, CA |
| 11/15/2012 | 8,000.00 | | Sacramento, CA |
| 11/21/2012 | | 6,000.00 | Sacramento, CA |
| 11/21/2012 | 2,680.00 | | Sacramento, CA |
| 12/31/2012 | | 9,790.00 | Sacramento, CA |
| 1/7/2013 | | 9,460.00 | Sacramento, CA |
| 2/4/2013 | | 9,720.00 | Sacramento, CA |

| Date | Cash Deposit into U.S. Bank Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXXXXX2478) | Cash Deposit into U.S. Bank Account held in the name of Hien Nguyen dba Imperial Kitchenware (acct. no. XXXXXXXX5530) | Location of Deposit |
|---|---|---|---|
| 2/6/2013 |  | 9,000.00 | Sacramento, CA |
| 2/11/2013 |  | 9,400.00 | Sacramento, CA |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Chapter X, Part 1010.

Dated: August 15, 2014

BENJAMIN B. WAGNER
United States Attorney

By: *(signature)*
MICHELE BECKWITH
Assistant United States Attorney

5

# PENALTY SLIP

## Counts One & Two

Violation: 18 U.S.C. § 5324(a)(3) – Structuring

Penalty:  Not more than 5 years in prison
          Not more than a $250,000 fine
          Not more than 3 years of supervised release

Assessment:  $100 special assessment for each count