1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

AUG 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,

CASE NO.
**2:14 - CR - 0227 TLN**

12 | Plaintiff,

VIOLATIONS:  18 U.S.C. § 5324(a)(3) –
Structuring (2 Counts)

13 | v.

14 | HIEN NGUYEN, AND
ANH NGUYEN,

15 | Defendants.

17 | I N F O R M A T I O N

18 | COUNT ONE:  [31 U.S.C. § 5324(a)(3) – Structuring]

19 | The United States Attorney charges: T H A T

20

21 | HIEN NGUYEN, and
ANH NGUYEN,

22 | defendants herein, doing business as Imperial Kitchenware and A & H Kitchenware, on the dates set

23 | forth below, in the State and Eastern District of California and elsewhere, knowingly and for the

24 | purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and

25 | the regulations promulgated thereunder, did structure or attempt to structure, under Section 5313(a) of

26 | Title 31 of the United States Code and the regulations promulgated thereunder, to prevent or attempt

27 | to prevent a domestic financial institution, to wit: Bank of America, located in the State and Eastern

28 | District of California, from filing Currency Transaction Reports on the following transactions:

| Date | Cash Deposit into Bank of America Account held in the name of Ahn Nguyen dba A & H Kitchenware (acct. no. XXXXX0167) | Cash Deposit into Bank of America Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXX6362) | Location of Deposit |
|---|---|---|---|
| 2/13/2012 | 9,850.00 | | Sacramento, CA |
| 2/15/2012 | 9,900.00 | | Sacramento, CA |
| 2/22/2012 | | 8,450.00 | Sacramento, CA |
| 2/22/2012 | 9,900.00 | | Sacramento, CA |
| 2/27/2012 | 9,390.00 | | Sacramento, CA |
| 2/27/2012 | | 3,000.00 | Sacramento, CA |
| 2/29/2012 | 8,550.00 | | Sacramento, CA |
| 3/5/2012 | | 3,350.00 | Sacramento, CA |
| 3/5/2012 | 9,940.00 | | Sacramento, CA |
| 3/7/2012 | 9,800.00 | | Sacramento, CA |
| 3/7/2012 | | 2,200.00 | Sacramento, CA |
| 3/12/2012 | 8,150.00 | | Sacramento, CA |
| 3/13/2012 | 3,200.00 | | Sacramento, CA |
| 3/21/2012 | 9,900.00 | | Sacramento, CA |
| 4/4/2012 | 8,000.00 | | Sacramento, CA |
| 4/4/2012 | | 1,350.00 | Sacramento, CA |
| 4/9/2012 | 9,900.00 | | Sacramento, CA |
| 5/2/2012 | 9,325.00 | | Sacramento, CA |
| 5/7/2012 | 9,300.00 | | Sacramento, CA |
| 5/7/2012 | | 2,000.00 | Sacramento, CA |
| 5/9/2012 | 8,050.00 | | Sacramento, CA |
| 5/14/2012 | 9,000.00 | | Sacramento, CA |

| Date | Cash Deposit into Bank of America Account held in the name of Ahn Nguyen dba A & H Kitchenware (acct. no. XXXXX0167) | Cash Deposit into Bank of America Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXX6362) | Location of Deposit |
|------|------|------|------|
| 5/15/2012 | | 2,150.00 | Sacramento, CA |
| 5/16/2012 | 6,200.00 | | Sacramento, CA |
| 5/23/2012 | 8,400.00 | | Sacramento, CA |
| 5/30/2012 | 9,875.00 | | Sacramento, CA |
| 5/30/2012 | | 9,000.00 | Sacramento, CA |
| 6/4/2012 | 8,971.00 | | Sacramento, CA |
| 6/11/2012 | 8,550.00 | | Sacramento, CA |
| 6/19/2012 | 5,600.00 | | Sacramento, CA |
| 6/20/2012 | 6,250.00 | | Sacramento, CA |
| 6/25/2012 | 9,950.00 | | Sacramento, CA |
| 7/5/2012 | 9,760.00 | | Sacramento, CA |
| 7/9/2012 | 8,196.00 | | Sacramento, CA |
| 8/6/2012 | 9,370.00 | | Sacramento, CA |
| 8/8/2012 | 9,700.00 | | Sacramento, CA |
| 9/5/2012 | 9,910.00 | | Sacramento, CA |
| 9/10/2012 | 9,500.00 | | Sacramento, CA |
| 9/12/2012 | 8,000.00 | | Sacramento, CA |
| 9/17/2012 | 9,785.00 | | Sacramento, CA |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Chapter X, Part 1010.

///

///

1  COUNT TWO:  [31 U.S.C. § 5324(a)(3) – Structuring]

2      The United States Attorney charges:  T H A T

3

4                              HIEN NGUYEN, and
                               ANH NGUYEN,

5  defendants herein, doing business as Imperial Kitchenware and A & H Kitchenware, on the dates set

6  forth below, in the State and Eastern District of California and elsewhere, knowingly and for the

7  purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and

8  the regulations promulgated thereunder, did structure or attempt to structure, under Section 5313(a) of

9  Title 31 of the United States Code and the regulations promulgated thereunder, to prevent or attempt

10 to prevent a domestic financial institution, to wit:  U.S. Bank, located in the State and Eastern District

11 of California, from filing Currency Transaction Reports on the following transactions:

12

| Date | Cash Deposit into U.S. Bank Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXXXXX2478) | Cash Deposit into U.S. Bank Account held in the name of Hien Nguyen dba Imperial Kitchenware (acct. no. XXXXXXXX5530) | Location of Deposit |
|---|---|---|---|
| 10/15/2012 | 8,050.00 | | Sacramento, CA |
| 10/18/2012 | 8,590.00 | | Sacramento, CA |
| 10/31/2012 | 9,200.00 | | Sacramento, CA |
| 11/5/2012 | 9,300.00 | | Sacramento, CA |
| 11/7/2012 | 9,900.00 | | Sacramento, CA |
| 11/14/2012 | 9,300.00 | | Sacramento, CA |
| 11/15/2012 | 8,000.00 | | Sacramento, CA |
| 11/21/2012 | | 6,000.00 | Sacramento, CA |
| 11/21/2012 | 2,680.00 | | Sacramento, CA |
| 12/31/2012 | | 9,790.00 | Sacramento, CA |
| 1/7/2013 | | 9,460.00 | Sacramento, CA |
| 2/4/2013 | | 9,720.00 | Sacramento, CA |

| Date | Cash Deposit into U.S. Bank Account held in the names of Hien Nguyen and Ahn Nguyen (acct. no. XXXXXXXX2478) | Cash Deposit into U.S. Bank Account held in the name of Hien Nguyen dba Imperial Kitchenware (acct. no. XXXXXXXX5530) | Location of Deposit |
|---|---|---|---|
| 2/6/2013 | | 9,000.00 | Sacramento, CA |
| 2/11/2013 | | 9,400.00 | Sacramento, CA |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Chapter X, Part 1010.

Dated: August 15, 2014

BENJAMIN B. WAGNER
United States Attorney

By: _____
MICHELE BECKWITH
Assistant United States Attorney

5

## PENALTY SLIP

### Counts One & Two

Violation: 18 U.S.C. § 5324(a)(3) – Structuring

Penalty:  Not more than 5 years in prison
Not more than a $250,000 fine
Not more than 3 years of supervised release

Assessment:  $100 special assessment for each count