| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MICHELE BECKWITH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-227 TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| HIEN NGUYEN, and,<br>ANH NGUYEN | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned counsel, hereby moves to dismiss the Information in this case.

On August 15, 2014, an information was filed charging the defendants with one count of structuring in violation of 18 U.S.C. § 5324(a)(3). On August 18, 2014, the parties entered into a twelve-month pretrial diversion agreement at a hearing held before the Honorable Edmund F. Brennan. Pursuant to that agreement, the United States agreed to defer prosecution of the defendants and dismiss the information after one year if the defendants complied with the conditions set forth in the agreement.

On July 30, 2015, the United States received a communication from the Pretrial Services Officer assigned to the defendants' case. The officer recommended successful termination of pretrial diversion based on defendants' compliance with the terms of the diversion agreement.

///

///

1

Accordingly, the United States moves to dismiss the information

Dated: July 31, 2015            BENJAMIN B. WAGNER
                                        United States Attorney

                          By: /s/ MICHELE BECKWITH
                               MICHELE BECKWITH
                               Assistant United States Attorney

## **[PROPOSED] ORDER**

Based on the motion of the government, and good cause appearing therefrom, the information in the above-captioned matter is hereby DISMISSED.

SO ORDERED.

Dated:                                                                           
                                                      HON. TROY L. NUNLEY
                                                      U.S. DISTRICT JUDGE